# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 31, 2005

128369

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

MICHELLE LEE MILLER,
      Defendant-Appellant.

SC: 128369
COA: 255752
Wayne CC: 03-000394

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

_____/

      On order of the Court, the application for leave to appeal the February 25, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 31, 2005

Clerk

s1024